1983
M

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

FILED
05 AUG -2 PM 4:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

CV-05-PT-1648-M

Inmate Identification Number: _____

__Daniel Dean Emerson_____
(Enter above the full name(s) of the plaintiff(s)
in this action)

NOTICE TO FILING PARTY

It is your responsibility to notify the clerk in writing of any address change. Failure to notify the clerk may result in dismissal of your case without further notice.

vs.

__Terry Surles      (Sheriff)__
__Terry Marcrum    (Jail Admin)__
__Myrtis Moss      (Capt)__

(Enter above full name(s) of the defendant(s)
in this action)

I. Previous lawsuits

A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
Yes ( )    No ( X )

B. If your answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff(s): _____

Defendant(s): _____

_____

2. Court (if Federal Court, name the district; if State Court, name the county) _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

I. Place of present confinement  Ashville, Ala  St. Clair County Jail
   P.O. Box 549, Ashville Ala 35953

A. Is there a prisoner grievance procedure in this institution?
   Yes ( )        No ( X )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes ( )        No ( X )

C. If your answer is YES:

   1. What steps did you take? _____

   2. What was the result? _____

D. If your answer is NO, explain why not?  No procedure in place at either St. Clair County Jails, PellCity/Ashville Alabama

2

Parties

In item (A) below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A.  Name of plaintiff(s) __Daniel Dean Emerson__

Address __P.O. Box 549 Ashville, Ala 35953__

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item (C) for the names, positions, and places of employment of any additional defendants.

B.  Defendant __Terry Surles__

is employed as __Sheriff__

at __St. Clair County, Pell City Ala__

C.  Additional Defendants __Terry Marcrum - jail admin, Ashville/Pell City__
__Myrtis Moss as Capt St. Clair County__
__jail at Pell City, Ala__

V.  Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. <u>Do not give any legal arguments or cite any cases or statutes.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

Terry Surles as sheriff over see's both Terry Marcrum and Myrtis Moss. Terry Marcrum as jail admin (chief) over see's Myrtis Moss. Myrtis Moss as Captain over see's Pell City Jail, St. Clair County and all its "jailers"

3

1. No "Due Process". At the Pell City jail, any jailer can lock in inmate in his cell for "lockdown" and decide how many days that lockdown will last. No hearing is held, no review made. The inmate has no rights to make a statement in his defence. The lock down is 23 hours a day. No statement of rule broken is made or given to the inmate

**RELIEF**

State briefly <u>exactly</u> what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

1. Order Due Process hearings for inmates with a review team to over see hearing actions, with appeal process for inmates
2. Order that all meals be at temperature needed to be fit to eat, with tray not stacked on top of one another
3. Order jail to set up law library with law books to cover felony cases. Award $10,000.00 damage to plaintiff on all 3 claims.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 23rd, 2005

Daniel Emerson

Signature(s)

4

Statement of Claim (cont)

2. Meals are placed inside a food cart, this cart is then pushed to each unit door for the trays to be passed out. The trays are open-faced and stacked in the cart. All meals are cold as the heating unit does not work therefore food never reached temperature it is ment to have.

3. The law library is across the road from the jail in the courthouse. Inmates are told they can request to go over. These request go unanswered, therefore there is truely no law library for inmates to use in a pending case.